## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 9th day of March, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

## VIA FIRST CLASS U.S. MAIL

*Truck PM Corporation*
Attn:   Darwin E. Niemtschk
3331 Jane Lane
Dallas, TX 75247


_____
Mary E. Augustine (No. 4477)

619735v1